IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LYN HOLTMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. PREMIUM BEEF, L.L.C. | ) | Case No. 06-6071-CV-SJ-FJG |
| | ) | |
| and | ) | |
| | ) | |
| STEVEN HUNT, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTEREST**

Pursuant to Local Rule 3.1 of the United States District Court for the Western District of Missouri, and to enable District Judges and Magistrate Judges of the Court to evaluate possible recusal, the undersigned counsel for U.S. Premium Beef, L.L.C. (a non-governmental limited liability company) certifies that the following are parent companies of the entity, subsidiaries, and/or affiliates that have issued shares to the public:

U.S. Premium Beef, L.L.C. has one subsidiary, National Beef Packing Company, LLC. U.S. Premium Beef, L.L.C. does not have a parent company.

Respectfully Submitted,

    /s/ Donald F. Bayer
Donald F. Bayer  MO Bar # 26742
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
Tel:    (816) 842-8600
Fax:   (816) 691-3495

**LINDQUIST & VENNUM P.L.L.P.**

    */s/ Robert V. Atmore*
Robert V. Atmore (MN #3438)
Marnie L. DeWall (MN # 324188)
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)

ATTORNEYS FOR DEFENDANTS
U.S. PREMIUM BEEF AND STEVEN HUNT

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the above and foregoing was electronically served this 7th day of July, 2006 to:

Brian W. Costello
7211 NW 83rd Street, Suite 220
Kansas City, MO 64152
ATTORNEYS FOR PLAINTIFF


    */s/ Donald F. Bayer*
Attorney for Defendants U.S. Premium Beef
and Steven Hunt